UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| BALTAZAR MARTIN SANTIAGO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:25-cv-00551-JRS-MJD |
| | ) | |
| BRISON SWEARINGEN, et al., | ) | |
| | ) | |
| Respondents. | ) | |

### Order Directing Clerk to Issue Amended Final Judgment

The Court granted Petitioner's petition for a writ of habeas corpus on December 23, 2025, and issued final judgment that same day. Dkts. 11, 23. The final judgment, however, did not specify the relief that was awarded. *See Johnson v. Acevedo*, 572 F.3d 398, 400 (7th Cir. 2009). Accordingly, **the clerk is directed** to issue an amended final judgment consistent with the Court's order granting the petition.

**So Ordered.**

Date: 1/21/2026

JAMES R. SWEENEY II, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution:
All Electronically Registered Counsel